# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Parke W. Little, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Charles A. Rummel, et. al., | ) | |
| | ) | Case No. 1:12-cv-113 |
| Defendants. | ) | |

Before the court is plaintiff's motion for attorney Timothy C. Lamb to appear *pro hac vice* on his behalf.  In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Timothy C. Lamb has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  He has also paid the required admission fees to the office of the Clerk.  Accordingly, plaintiff's motion (Docket No. 16) is **GRANTED**.  Attorney Timothy C. Lamb is admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 1st day of November, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge