# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Parke W. Little, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER CANCELLING TRIAL AND** |
| | ) | **FINAL PRETRIAL CONFERENCE** |
| vs. | ) | |
| | ) | |
| Charles A. Rummel, Stewart Stenberg, | ) | |
| Matthew Kolling, and Clarence A. Tuhy, | ) | |
| in their official and individual capacities; | ) | |
| City of Dickinson, North Dakota; and | ) | |
| County of Stark, North Dakota, | ) | Case No. 1:12-cv-113 |
| | ) | |
| Defendants. | ) | |

The jury trial set for March 3, 2014 and the final pretrial conference set for February 19, 2014 are **CANCELLED** pending the court's ruling on the motions for summary judgment. The trial and final pretrial conference will be rescheduled if necessary.

**IT IS SO ORDERED.**

Dated this 5th day of February, 2014.

></br>*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court